# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: **LEE MOMIENT**
(Please print)

STREET ADDRESS: **P.O. BOX 608082**

CITY/STATE/ZIP: **CHICAGO, IL 60660**

PHONE NUMBER: **773-712-3989**

CASE NUMBER: 1:12-cv-08195 Judge Amy J. St. Eve Magistrate Judge Jeffrey T. Gilbert

Signature / Date: 10/11/12

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

☐ I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

E-Mail Address

**FILED**
OCT 1 1 2012
THOMAS G BRUTON
CLERK, U S DISTRICT COURT