11/06/08

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**FILED**
OCT 1 1 2012
THOMAS G. BRUTON
CLERK, U S DISTRICT COURT

### IN FORMA PAUPERIS APPLICATION AND FINANCIAL AFFIDAVIT

Lee Monica
_____
Plaintiff

v.

Sanjurd Kohltbs et al
_____
Defendant(s)

Case Number: 1:12-cv-08195
Judge: Judge Amy J. St. Eve
Magistrate Judge Jeffrey T. Gilbert

***Instructions:*** Please answer every question. Do not leave any blanks. If the answer is "none" or "not applicable (N/A)," write that response. Wherever a box is included, place an X in whichever box applies. If you need more space to answer a question or to explain your answer, attach an additional page that refers to each such question by number and provide the additional information. Please print or type your answers.

***Application:*** I, Lee Monica, declare that I am the ☒ plaintiff ☐ petitioner ☐ movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I declare that I am unable to pay the costs of these proceedings, and I believe that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of my application, I answer the following questions ***under penalty of perjury.***

1. Are you currently incarcerated? ☐ Yes ☒ No
   (If "No," go to Question 2)
   I.D. #: N/A   Name of prison or jail: N/A
   Do you receive any payment from the institution? ☐ Yes ☐ No
   Monthly amount: N/A

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "yes," state your:
      Monthly salary or wages: N/A
      Name and address of employer: N/A

   b. If the answer is "no," state your:
      Beginning and ending dates of last employment: May-June 2012
      Last monthly salary or wages: $7.00/tips
      Name and address of last employer: Icuy Restaurants
      980 N. Michigan Ave Chgo IL 60605

3. Are you married?  ☐ Yes  ☒ No
   If the answer is "yes," is your spouse currently employed? ☐ Yes  ☐ No
   Spouse's *monthly* salary or wages: _n/a_
   Name and address of spouse's employer: _n/a_

4. In addition to your income stated above in response to Question 2 (which you should not repeat here), *have you or anyone else living at the same residence* received more than $200 in the past twelve months from any of the following sources? Mark an X next to "Yes" or "No" in each of the categories a. through g, check all boxes that apply in each category, and fill in the twelve-month total in each category.

   a. ☐ Salary or ☐ wages     ☒ Yes  ☐ No
      Amount: $4,000.00   Received by: Lee Moncrief

   b. ☐ Business, ☐ profession or ☐ other self-employment  ☐ Yes  ☒ No
      Amount: n/a   Received by: n/a

   c. ☐ Rental income, ☐ interest or ☐ dividends  ☐ Yes  ☒ No
      Amount: n/a   Received by: n/a

   d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ alimony or maintenance or ☐ child support
      ☐ Yes  ☒ No
      Amount: n/a   Received by: n/a

   e. ☐ Gifts or ☐ inheritances  ☐ Yes  ☒ No
      Amount: n/a   Received by: n/a

   f. ☐ Unemployment, ☐ welfare or ☒ any other public assistance
      ☒ Yes  ☐ No
      Amount: $120.00   Received by: Lee Moncrief

   g. ☐ Any other sources (describe source: _____ )  ☐ Yes  ☐ No
      Amount: _____   Received by: _____

5. Do *you or anyone else living at the same residence* have more than $200 in cash or checking or savings accounts?  ☐ Yes  ☒ No
   Total amount: n/a
   In whose name held: n/a   Relationship to you: n/a

6. Do *you or anyone else living at the same residence* own any stocks, bonds, securities or other financial instruments?  ☐ Yes  ☒ No
   Property: n/a   Current value: n/a
   In whose name held: n/a   Relationship to you: n/a

7. Do *you or anyone else living at the same residence* own any real estate (with or without a mortgage)? Real estate includes, among other things, a house, apartment, condominium, cooperative, two-flat, etc. ☐Yes ☒No
Type of property and address: ____n/a____
Current value: __n/a__ Equity: __n/a__ (Equity is the difference between what the property is worth and the amount you owe on it.)
In whose name held: __n/a__ Relationship to you: __n/a__
Amount of monthly mortgage or loan payments: __n/a__
Name of person making payments: __n/a__

8. Do *you or anyone else living at the same residence* own any automobiles with a current market value of more than $1000? ☒Yes ☐No
Year, make and model: __99 Ford Contour__
Current value: __≈ 1200.00__ Equity: __100%__ (Equity is the difference between what the automobile is worth and the amount you owe on it.)
Amount of monthly loan payments: __n/a__
In whose name held: __n/a__ Relationship to you: _____
Name of person making payments: __n/a__

9. Do *you or anyone else living at the same residence* own any boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☐Yes ☒No
Property: __n/a__
Current value: __n/a__ Equity: __n/a__ (Equity is the difference between what the property is worth and the amount you owe on it.)
Amount of monthly loan payments: __n/a__
In whose name held: __n/a__ Relationship to you: __n/a__
Name of person making payments: __n/a__

10. List the persons *who live with you* who are dependent on you for support. State your relationship to each person and state whether you are entirely responsible for the person's support or the specific monthly amount you contribute to his or her support. If none, check here: ☒None.
____n/a____

11. List the persons *who do not live with you* who are dependent on you for support. State your relationship to each person and state how much you contribute monthly to his or her support. If none, check here: ☐ None.
__Max X Mammt ≈ $50/week +__

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _10/11/12_  

_____
Signature of Applicant

_Lee Hunt_
(Print Name)

**NOTICE TO PRISONERS:** <u>In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period</u>. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by <u>each</u> institution where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____. (<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

_____  _____
Date                                                            Signature of Authorized Officer

_____
(Print Name)