# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Amy J. St. Eve | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 8195 | **DATE** | 10/15/2012 |
| **CASE TITLE** | Momient vs. Sanford Kahn Ltd et al | | |

**DOCKET ENTRY TEXT**

Because Plaintiff Lee Momient's Motion for Leave to Proceed In Forma Pauperis is illegible and incomplete, the Court denies Plaintiff's motion without prejudice [4]. Plaintiff has until 10/31/12 to file an amended Motion for Leave to Proceed In Forma Pauperis in which he carefully answers each question or pay the $350 filing fee. Failure to do so by 10/31/12 will result in the Court dismissing this lawsuit for want of prosecution. See Fed.R.Civ.P. 41(b).

Docketing to mail notices.

| | Courtroom Deputy Initials: | KF |
|---|---|---|