IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEE ARTHUR MOMIENT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 12-cv-8195 |
| v. | ) | |
| | ) | Honorable Amy J. St. Eve |
| SANFORD KAHN, L.T.D.; RICHARD | ) | Magistrate Judge Jeffrey T. Gilbert |
| CHRISTOFF; AMY SELLEGREN; | ) | |
| ROBERT KAHN; SANFORD KAHN; | ) | |
| WINNEMAC PROPERTIES; KOCH | ) | |
| AND ASSOCIATES, P.C.; DAVID | ) | |
| KOCH; and YULEIDY JOA, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:  Lee Arthur Momient
P.O. Box 608082
Chicago, Illinois 60660

**PLEASE TAKE NOTICE** that on April 15, 2013, the undersigned caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division the following, copies of which are hereby served upon you:

1. Defendants Sanford Kahn, Ltd., Richard Christoff, Amy Sellegren, Robert Kahn, and Sanford Kahn's Answer and Affirmative Defenses to Plaintiff's First Amended Complaint for Damages (as of Right); and

2. Defendant Winnemac Properties's Answer and Affirmative Defenses to Plaintiff's First Amended Complaint for Damages (as of Right).

                                                Sanford Kahn, Ltd.; Richard Christoff; Amy
                                                Sellegren; Robert Kahn; Sanford Kahn; and
                                                Winnemac Properties

                                  By: _/s/ Matthew T. Kinst_
                                          One of their attorneys

Joseph P. Kincaid, Esq. (ARDC No. 6202639)
Matthew T. Kinst, Esq. (ARDC No. 6296945)
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
(312) 321-0990 – Fax
jkincaid@smbtrials.com
mkinst@smbtrials.com

01607-0001 / 2552110

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon:

Lee Arthur Momient
P.O. Box 608082
Chicago, Illinois 60660
leemomient@live.com

**via Electronic Mail and U.S. Mail, proper postage prepaid, this 15th day of April, 2013**, from the law offices of Swanson, Martin & Bell, LLP, 330 North Wabash Avenue, Suite 3300, Chicago, Illinois 60611.

[✓] Under penalties as provided by law, the undersigned certifies that the statements set forth in this Certificate of Service are true and accurate.

*Pamela Carrington* (signature)